IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICOLE A. LIGHTCAP, | ) | CASE NO. 4:01CV3169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| VALENTINO'S OF LINCOLN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Nicole A. Lightap, and Defendant, Valentino's of Lincoln, Inc., hereby stipulate that this action, including all claims which were asserted or could have been asserted herein, be dismissed with prejudice; and that each of the parties shall bear sole responsibility for their own attorney's fees and costs incurred in connection with this case.

NICOLE A. LIGHTCAP, Plaintiff

BY:   LAW OFFICES OF RICHARD L. ALEXANDER
RICHARD ALEXANDER - 16735
SHANON J. SAMUELSON - 22337
P.O. Box 2064
Hastings, NE 68902-2064
(402) 463-2500

And

CHALOUPKA, HOLYOKE, HOFMEISTER, SNYDER & CHALOUPKA, P.C., L.L.O.
ROBERT P. CHALOUPKA - 10653
ANDREW W. SNYDER - 20611
1714 Second Avenue
Scottsbluff, NE 69363
(308) 635-5000

BY:   s/ Richard Alexander
One of Said Attorneys

VALENTINO'S OF LINCOLN, INC., Defendant

BY:   HARDING, SHULTZ & DOWNS
JERRY L. PIGSLEY - 16639
800 Lincoln Square
121 S. 13th Street
P.O. Box 82028
Lincoln, NE 68501-2028
(402) 434-3000

BY:   s/ Jerry L. Pigsley
One of Said Attorneys

539\94\001\256