IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICOLE A. LIGHTCAP, | ) | 4:01CV3169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| VALENTINO'S OF LINCOLN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation of dismissal (filing 62) and Fed. R. Civ. P. 41,

IT IS ORDERED this action is dismissed with prejudice, with each party to pay its own court costs and attorney fees.

DATED this 4th day of November, 2002.

BY THE COURT:
s/Richard G. Kopf
United States District Judge